DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOWN OF JUPITER INLET COLONY,**
Appellant,

v.

**ALEXANDER BONDAR** and **HOLLY BONDAR**,
Appellees.

Nos. 4D2023-2141

[March 14, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502009CA001377XXXXMB.

Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellant.

Bradley S. Gould and Lucia L. Leoni of GrayRobinson, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***